## U.S. COURT OF INTERNATIONAL TRADE Honorable Leo M. Gordon

Teams Conference Call– Tuesday, November 25, 2025 at 2:00 PM
Via Microsoft Teams

24-cv-00155 & 24-cv-00156-LMG- ACProducts, Inc. et al v. United States

**Jurisdiction: 1581(c)**

### Appearance Sheet

| Party | Counsel | Law Firm |
|---|---|---|
| ACProducts, Inc. et al. **(Plaintiff)** | Sarah Marie Wyss<br>Evan P. Drake | Mowry & Grimson, PLLC |
| United States **(Defendant)** | Margaret Joy Jantzen<br><br>Heather Holman | U.S. Department of Justice<br><br>U.S. Department of Commerce |
| American Kitchen Cabinet Alliance **(Defendant-Intervenor)** | Luke Meisner | Schagrin Associates |