**U.S. COURT OF INTERNATIONAL TRADE Honorable Leo M. Gordon**

<u>Teams Conference Call– Tuesday, January 27, 2026 at 3:45 PM</u>
<u>Via Microsoft Teams</u>

24-cv-00155 & 24-cv-00156-LMG- ACProducts, Inc. et al v. United States

**Jurisdiction: 1581(c)**

---

**<u>Appearance Sheet</u>**

| <u>Party</u> | <u>Counsel</u> | <u>Law Firm</u> |
|---|---|---|
| ACProducts, Inc. et al.<br><br>**(Plaintiff)** | Sarah Marie Wyss<br>Yixin (Cleo) Li<br>Evan P. Drake | Mowry & Grimson, PLLC |
| United States<br><br>**(Defendant)** | Margaret Joy Jantzen<br><br><br>Heather Holman | U.S. Department of Justice<br><br>U.S. Department of Commerce |
| American Kitchen Cabinet Alliance<br>**(Defendant-Intervenor)** | Luke Meisner | Schagrin Associates |